**John L. STANBERRY, Plaintiff–Appellant,**

v.

**David BARRAM, Adminstrator, General Services Administration, Defendant–Appellee.**

**John L. Stanberry, Petitioner,**

v.

**General Services Administration, Respondent.**

**No. 00–1410, 01–3011.**

United States Court of Appeals, Federal Circuit.

Aug. 17, 2001.

ORDER

Upon consideration of the joint stipulation for dismissal and all other relevant papers, it is

ORDERED that the appeals are dismissed, with prejudice, with each party to bear its own costs, attorney fees, and expenses.